**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| A.H. Employee Company, Ltd., et al., <br> , <br><br> Plaintiffs, <br><br> v. <br><br> Fifth Third Bank, Michael Kozak, individually <br><br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Magistrate Judge Young B. Kim |

**STIPULATION TO DISMISS ALL CLAIMS OF ALL PLAINTIFFS WITH PREJUDICE**

Now come Plaintiffs and each of them, by and through their attorneys of record, Ed Fox and Ed Fox & Associates, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), voluntarily dismiss *with prejudice* all claims and this action in the entirety against all defendants, with all parties to bear their own attorneys' fees and costs.

Dated: August 15, 2013

Respectfully submitted,

A.H. EMPLOYEE COMPANY, LTD.,
VIJAY L. GOYAL,
VINOD K. GOYAL,
AANCHOR HEALTH CENTER LTD.,
ACCESS HEALTH CENTER, LTD.,
ACE HEALTH CENTER, LTD.,
ACU HEALTH CENTER, LTD.,
ADVANTAGE HEALTH CENTER, LTD.,
AFFILIATED HEALTH CENTER, LTD.,
AH LASER AESTHETICS LTD.,
AMERICAN HEALTH CENTER, LTD.,
AFFILIATED HEALTH GROUP, LTD.,
CENTER FOR FAMILY HEALTH CARE S.C.,
FOREST VIEW MEDICAL CENTER,
MICHIGAN AVE CENTER FOR HEALTH,
SOUTHWEST PACIFIC LP,

FORESTVIEW RIVER LP,
ARKANSAS-ILLINOIS LP,
ALABAMA-ILLINOIS LP,
ATLANTA-ILLINOIS LP,
ARIZONA-ILLINOIS LP,
KANSAS-ILLINOIS LP,
LAKE JEFFERSON LP,
1640 NORTH PARTNERSHIP LP, and
SOUTHWEST CERMAK LP

/s/ Edward M. Fox
One of their Attorneys

Edward M. Fox
Ed Fox & Associates
300 W. Adams
Suite 330
Chicago Illinois 60606
(312) 345-8877

FIFTH THIRD BANK and
MICHAEL KOZAK

/s/ Steven A. Levy
One of their Attorneys

Steven A. Levy
David E. Morrison
W. Kyle Walther
55 E. Monroe St.
Suite 3300
Chicago, Illinois 60603
(312) 201-4000